**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 07-7285**

───────────────

ERIC LE'WELTON BENNETT,

        Plaintiff - Appellant,

    v.

NEW HANOVER COUNTY, Detention Facility; NEW HANOVER COUNTY,
Detention Facility Employees; PRISON HEALTH SERVICES,

        Defendants - Appellees,

    and

DONNA BRAMEN, LIEUTENANT WHITMORE; LIEUTENANT DOWDY,

        Defendants.

───────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (5:06-ct-03059-D)

───────────────

Submitted:  April 24, 2008      Decided:  April 28, 2008

───────────────

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit
Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Eric Le'Welton Bennett, Appellant Pro Se.  Sarah L. Buthe, WOMBLE,
CARLYLE, SANDRIDGE & RICE, PLLC, Raleigh, North Carolina; Kathryn
Stewart Lehman, James Carlton Thornton, PARKER, POE, ADAMS &
BERNSTEIN, LLP, Raleigh, North Carolina, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Le'Welton Bennett appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bennett v. New Hanover Co., Detention Facility, No. 5:06-ct-03059-D (E.D.N.C. filed July 13, 2006, entered July 14, 2006; Dec. 11, 2006; July 24, 2007; & July 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED